UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

CARL BENJAMIN VANNATTER,
                                      **INDICTMENT**

        Defendant.

_____/

The Grand Jury charges:

**Felon in Possession of Firearms**

From on or about April 5, 2026, through on or about April 7, 2026, in Kent County, in the Southern Division of the Western District of Michigan,

CARL BENJAMIN VANNATTER,

knowing he had previously been convicted of one or crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce, including at least one of the following:

1. a Taurus Spectrum .380 caliber pistol;
2. a New England .223 caliber rifle;
3. a Savage model 111, 25-06 caliber rifle; and
4. a Radikal NK.1, 12 gauge shotgun.

Before CARL BENJAMIN VANNATTER committed the offense charged in this Indictment, he had at least three previous convictions for a violent felony, a serious drug offense, or both, committed on occasions different from one another.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

CARL BENJAMIN VANNATTER

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

1. a Taurus Spectrum .380 caliber pistol;
2. a New England .223 caliber rifle;
3. a Savage model 111, 25-06 caliber rifle; and
4. a Radikal NK.1, 12 gauge shotgun,

and any associated ammunition.

18 U.S.C. § 924(d)(1)              A TRUE BILL
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)             [ /s/ Redacted ]
_____
                                  GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
JULIA M. RUGG
Assistant United States Attorney